# Court of Appeals
# of the State of Georgia

ATLANTA,  March 19, 2025

*The Court of Appeals hereby passes the following order:*

### A25D0310. DAVID STREETER et al. v. TRUE NORTH PROPERTY OWNER B, LLC.

This case originated as a dispossessory matter in magistrate court. The matter was transferred to superior court, which issued a writ of possession in favor of plaintiff Truth North Property Owner B, LLC and entered judgment against defendants David Streeter and Brian Brown in the amount of $111,398.09. The next day, the defendants filed this application for discretionary appeal.

Under OCGA § 5-6-35 (a) (1), an application for discretionary appeal is required where litigation begins in magistrate court and reaches the superior court by petition for review. See OCGA § 5-6-35 (a) (1). But this provision applies, by its terms, only to appeals from decisions of the superior court reviewing decisions of lower courts by petition for review. Here, the trial court's order indicates that case was transferred from magistrate court. Thus, OCGA § 5-6-35 (a) (1) does not apply.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Because it appears from the limited application material that the trial court's order is final, the defendants have a right of direct appeal. See OCGA § 5-6-34 (a) (1). Accordingly, this application is hereby GRANTED, and the defendants shall have ten days from the date of this order to file a notice of appeal with the trial court. If they have already filed a notice of appeal in the trial court, they need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/19/2025
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*